UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

David L. Kirby III **Plaintiff(s)**

vs.

B. Hanks 0199 **Defendant(s)**

Civil Case No.:

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☑ JURY ☐ COURT (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: David L. Kirby III
   Address: 555 S. State St.
   Syracuse, N.Y.
   13202

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: B. Hanks 0199
   Official Position: SPD Police Officer
   Address: SPD, S. State St,
   Syracuse, N.Y.
   13202

b.  Defendant: J. Harriman
Official Position: SPD. Officer
Address: SPD, S. State St, Syracuse, N.Y. 13202

c.  Defendant: R. Solis 1044
Official Position: SPD. Officer
Address: SPD. S. State St, Syracuse, N.Y. 13202

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I was walking down Townsend street and I was ask to stop so I put my hands in the air and got down on my knees and a officer put cuffs on me then Officer B. Hanks 0199 came up ask me why I was running and I told him I was not running then he grab my right hand and twisted my fingers now my right ring finger is fracture.

5.                    CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

Walking down Townsend Street then was ask to stop.

### SECOND CAUSE OF ACTION

Cuffs was put on me

### THIRD CAUSE OF ACTION

Officer B. Hanks 0199 grab my right-hand and twisted my fingers and fracture my right ring finger.

6.  **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

_I would like to sue for 90,000 dollars._

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _28-4-2021_

_[signature]_

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

David Z. [illegible] IV
Onondaga County Sheriff's Office
Justice Center Inmate Correspondence
555 South State Street
Syracuse, New York 13202-2104

Case 5:21-cv-00886-MAD-ATB    Document 1    Filed 08/06/21    Page 5 of 5



U.S. POSTAGE >> PITNEY BOWES
ZIP 13202
02 4W     $ 000.51⁰
0000364284 AUG. 05. 2021

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG -6 2021
RECEIVED

United States District Court
for the
Northern District of New York
100 South Clinton Street
Syracuse, N.Y. 13202